

ORDERED in the Southern District of Florida on January 12, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No.: 15-26766-RBR

PIERRE ALEPH MALBRANCHE, and                 Chapter 13
ESTHER DRICE-MALBRANCHE,

    Debtors.
_____/

### AGREED ORDER GRANTING IN PART AND DENYING IN PART OBJECTION TO CLAIM ON SHORTENED NOTICE (ECF#28)

This matter having come before the Court pursuant to the Objection to Claim on Shortened Notice and Certificate of Service of Court-Generated Notice of Hearing Upon Filing of Instant Motion (ECF#28)("Objection").  The Court having reviewed the Objection, noting the agreement of the parties and being otherwise fully advised on the premises, it is:

**ORDERED** and **ADJUDGED** as follows:

{M1088572.1}

1. The Objection is granted in part and denied in part as stated herein.

2. Multibank 2009-1 Res-ADC Venture, LLC shall have a secured claim against the Debtors' unencumbered personal property in the amount $7,740.17, which shall be paid through the Debtors' Chapter 13 Plan at 4.75%

3. Multibank 2009-1 Res-ADC Venture, LLC shall have a secured claim in the amount of $4,300.00 against real property located in Ocala, Florida (Marion County), which shall not be paid through the Debtors' Chapter 13 Plan. The legal description of the real property is:

> SEC 08 TWP 16 RGE 20 PLAT BOOK L
> PAGE 007 ROLLING HILLS UNIT 2
> BLK 65 LOT 9 E 1/2

4. Multibank 2009-1 Res-ADC Venture, LLC shall have an unsecured claim in the debtors' in the amount of $61,152.23.

###

Submitted by:

Barry S. Turner, Esq.
Jones Walker LLP
201 S. Biscayne Blvd.
Suite 2600
Miami, FL 33131
(305) 679-5700
(305) 679-5710 (fax)
bturner@joneswalker.com


Attorney Turner shall serve a copy of this Order upon receipt of same on all parties entitled to service and shall file a Certificate of Service with the Court.

{M1088572.1}