

**ORDERED in the Southern District of Florida on January 20, 2016.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                                            CASE NO. 15-26766-BKC-RBR
                                                                                           CHAPTER 13
PIERRE ALEPH MALBRANCHE
ESTHER DRICE-MALBRANCHE
_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY WORLD OMNI FINANCIAL CORP.

THIS CASE came to be heard on January 14, 2016 on the *Debtors' Motion to Value and Determine Secured Status of Lien on Personal Property* (DE 37; the "Motion"). Based upon the debtors' assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The payoff of the debtors' personal property (the "Personal Property")

   more particularly described as follows *(Select only one)*:

   X  Motor vehicle described as follows:

Year and Model of motor vehicle: 2013 Toyota Highlander
Vehicle Identification Number (VIN #): 5TDZA3EH6DS031583
Odometer reading: 23.000

___ Personal property other than a motor vehicle described as follows:

is $16,074.82 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $16,074.82.

3. (Select only one):

 X  Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed.  Lender's secured claim shall be paid through the plan at 5.25% for a total of $18,312.00.

or

___ Lender filed a proof of claim in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ _____ , regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

LF-103 (06/14/10)

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted by:

Law Offices of Michael H. Johnson, P.A.
3601 W. Commercial Blvd. Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131
(954) 641-7750 fax

Michael H. Johnson is directed to serve copies of this order on all interested parties and file a certificate of service.