**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ _____3rd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

CASE NO.: 15-26766-BKC-RBR

DEBTOR: Pierre Aleph Malbranche                    JOINT DEBTOR: Esther Drice-Malbranche
Last Four Digits of SS#: 6704                      Last Four Digits of SS#: 3390

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

        A.    $879.51 for months __1__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fee and Costs -  $3,500.00 (Base Chapter 13 Fee & administrative costs)
                                              $   525.00 (fee for Motion to Value JPMorgan Chase Bank)
                                              $   525.00 (fee for Motion to Value World Omni Finance)
                   Total Attorney's Fees -    $4,550.00
                   Amount Paid-(Pre-petition) ($1,000.00)
                   Balance Due Though Plan   $3,550.00 payable $349.17/month (Months _1_ to _5_ )
                                              payable $300.69/month (Months _6_ to _11_ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Multibank 2009-1 Res-ADC Venture, LLC     Judgment Lien Payoff:  $8,710.80 (includes 4.75% interest)
Address: c/o Quantum Servicing Corporation    Payment  $145.18/month  (Months  __1__ to __60__ )
    POB 89549
    Tampa, FL 33619

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| JPMorganChase (account no.: 1278) | 9959 Nob Hill Pl., #15 Sunrise, FL 33351 $144,000.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |
| World Omni Financial Corp./Southeast Toyota Finance (account no.: 6747) | 2013 Toyota Highlander Payoff: $16,074.82 | 5.25% | $305.20 | 1 To 60 | $18,312.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

1. _____    Total Due $_____

Unsecured Creditors:  Pay $0.00/month (Months __1__ to __5__ )
                      Pay $48.48/month (Months __6__ to __11__ )
                      Pay $349.17/month (Months __12__ to __60__ )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtors will pay the first mortgage payments to Freedom Mortgage Corp. (account no.: 4044) on their homestead property located at 1071 NW 84 Dr., Coral Springs, FL 33071 direct outside of the Plan.

LF-31(rev. 1/08/10)

2.  The Debtors will pay the first mortgage payments to Chase Mortgage (account no.: 0276) on the real property located at 9959 Nob Hill Pl., #15, Sunrise, FL 33351 direct outside of the Plan.

3.  The Debtors will pay the condominium association dues to Villas De Venezia Condominium Association on the real property located at 9959 Nob Hill Pl., #15, Sunrise, FL 33351 direct outside of the Plan.

4.  The Debtors surrender their interest in the vacant land located in Ocala (Marion County), Florida to Multibank 2009-1 RES-ADC Venture, LLC.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ FILED ECF
Michael H. Johnson, Esq. with knowledge
and consent of the Debtor, Pierre Aleph Malbranche

Date: 2/11/2016

/s/ FILED ECF
Michael H. Johnson, Esq. with knowledge
and consent of the Debtor, Esther Drice-Malbranche

Date: 2/11/2016

LF-31(rev. 1/08/10)